**No. 42914.**—Protest 999246–G of Schranz & Bieber Co., Inc. (New York).

Opinion by KEEFE, J. It was agreed that the nigga chasers in question are similar to those the subject of Abstract 42091. The claim at 12 cents per pound under paragraph 1515 was therefore sustained.

**No. 42915.**—Protest 991426–G of S. H. Kress & Co. (Los Angeles).

Opinion by KEEFE, J. From the evidence it appeared that the figures in question are in chief value of papier mâché similar to the merchandise the subject of *Strauss-Eckardt* v. *United States* (T. D. 48272). The claim at 25 percent under paragraph 1403 was therefore sustained.

**No. 42916.**—Protest 7915–K of International Non-Staining Cement Co., Inc. (New York).

Opinion by KEEFE, J. The record disclosed that full allowance was made for the 70 bags of cement that were short shipped, but that a clerical error was made in the report of the weigher. The protest was accordingly sustained.

**No. 42917.**—Protests 334–K, etc., of A. Lizzola Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 27, 1939

**No. 42918.**—Protests 749702–G, etc., of Oxford University Press, N. Y., Inc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42919.**—Protests 775748–G, etc., of W. F. Jackson et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42920.**—Protest 747688–G of Baltimore Clipper Importing Co. (Baltimore).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of letter openers, blotter pads, book ends, weights, hammers (nut crackers), corners, and stamp boxes. On the authority of Abstracts 42391, 42350, 42526, 34018, and 29772 the claim at 40 percent under paragraph 339 was sustained.